UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
EDWARD GUILLEN,  :
:
                Plaintiff,  :      19-CV-5655 (AJN) (OTW)
:
      -against-  :
:              **ORDER**
THE CITY OF NEW YORK, et al.,  :
:
               Defendants.  :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The City of New York's motion to substitute attorney, ECF 23, is **GRANTED**. Alison S. Mitchell shall be terminated as counsel for the City of New York in this matter and be replaced by:

Soo-Young Shin
Assistant Corporation Counsel
New York City Law Department
New York, New York 10007
(212) 356-2329
soshin@law.nyc.gov

**SO ORDERED.**

                                             _s/ Ona T. Wang_

Dated: April 28, 2020                             **Ona T. Wang**
       New York, New York               United States Magistrate Judge