```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
 :
Edward Guillen, :
 :
       Plaintiff, :  19-cv-5655 (AJN)
 :
   -v- :  ORDER
 :
City of New York, *et al.*, :
 :
       Defendants. :
 :
--------------------------------------------------------------------- :
                          X

ALISON J. NATHAN, United States District Judge:

  In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-discovery conference in this case in person. Counsel should submit a joint status letter on ECF no later than seven days prior to the scheduled conference. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) Indicate whether they can do without a conference altogether.

  After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information. If a conference is held, it will be by telephone, albeit perhaps at a different time than the currently scheduled time. To that end, if counsel believe that a conference would be appropriate, they should indicate in their joint status letter all times on the date of the scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: June 29, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge