**MEMO ENDORSED**



| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **SOO-YOUNG SHIN**<br>Assistant Corporation Counsel<br>Phone: (212) 356-2329<br>Fax: (212) 356-3509<br>soshin@law.nyc.gov |

July 27, 2020

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  <u>Edward Guillen v. City of New York, et al.</u>
            19 Civ. 5655 (AJN) (OTW)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of City of New York, and the attorney assigned to represent the City of New York, Jonathan Cannizzaro, and Francisco Bardales in the above-referenced matter. Defendants write, with the consent of plaintiff's counsel, Samuel DePaola, to respectfully request that the settlement conference scheduled for August 5, 2020, Dkt No. 32, be adjourned to the following week. This is the first request for an adjournment of the settlement conference. Plaintiff's counsel and the undersigned are available August 12, 2020 or August 13, 2020.

      Respectfully submitted,

**SO ORDERED**

      *Soo-Young Shin* /s/
      Soo-Young Shin
      *Assistant Corporation Counsel*

cc:  **BY ECF**
     Samuel C. DePaola
     Sim & DePaola, LLP
     *Attorney for Plaintiff*

Application **DENIED**. The Court does not have availability for a rescheduled settlement conference until mid to late September. The parties may renew their request for an adjournment, but they must include a list of dates during that time period, and early October, for a rescheduled conference.

_____
**Ona T. Wang**      7/28/20
United States Magistrate Judge