**MEMO ENODRSED**



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JAMES E. JOHNSON
*Corporation Counsel*

SOO-YOUNG SHIN
Assistant Corporation Counsel
Phone: (212) 356-2329
Fax: (212) 356-3509
soshin@law.nyc.gov

July 28, 2020

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  Edward Guillen v. City of New York, et al.
            19 Civ. 5655 (AJN) (OTW)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of City of New York, and the attorney assigned to represent the City of New York, Jonathan Cannizzaro, and Francisco Bardales in the above-referenced matter. Pursuant to Your Honor's July 28, 2020 Order, defendants write, with the consent of plaintiff's counsel, to respectfully renew their request that the settlement conference scheduled for August 5, 2020, Dkt No. 32, be adjourned. The parties are available on any date in mid-September to early October, with the exception of September 18, September 22, and October 5, 2020.

                                        Respectfully submitted,

                                        *Soo-Young Shin* /s/
                                        Soo-Young Shin
                                        *Assistant Corporation Counsel*

cc:  **BY ECF**
       Samuel C. DePaola
       Sim & DePaola, LLP
       *Attorney for Plaintiff*

---

**SO ORDERED.**

Application **GRANTED.** The August 5, 2020 is adjourned to October 6, 2020 at 2:30 pm. Settlement documents are due 7 days before.

_____
Ona T. Wang              7/29/20
United States Magistrate Judge