**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
EDWARD GUILLEN,                                            :
                                                           :
                              Plaintiff,                   :    19-cv-5655 (AJN) (OTW)
                                                           :
              -against-                                    :    ORDER
                                                           :
CITY OF NEW YORK, et al.,                                  :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Thursday, October 08, 2020 at 4:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: September 10, 2020
New York, New York