UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020
```

Edward Guillen,

              Plaintiff,

    –v–

City of New York, *et al.*,

              Defendants.

19-cv-5655 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The case management conference scheduled for November 13, 2020, is adjourned to March 12, 2021, at 3:15 p.m.

    SO ORDERED.

Dated: October 26, 2020
       New York, New York

                                            _____
                                                  ALISON J. NATHAN
                                             United States District Judge