**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
EDWARD GUILLEN,

                   Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

19-cv-5655 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On February 1, 2021, I granted Defendants' motion to compel Plaintiff to provide amended responses to Defendants' interrogatories and document demands. (ECF 53). On February 24, 2021, Defendants indicated that Plaintiff has not yet complied with the Order. (54). Plaintiff has not filed a response to Defendants' letter.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE IN WRITING BY MARCH 2, 2021 at 5:00 pm** why I should not sanction Plaintiff and/or his counsel under Federal Rules of Civil Procedure 16(f), 37(a)(5), 37(b), and/or the Court's inherent authority for failure to comply with the Court's February 1, 2021 Order. Making the previously-ordered production by March 2, 2021 does **NOT** relieve Plaintiff of his obligation to show cause.

ECF 54 is denied without prejudice.

**SO ORDERED.**

_____s/ Ona T. Wang_____

Dated: March 1, 2021                                      **Ona T. Wang**
     New York, New York                      United States Magistrate Judge