**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EDWARD GUILLEN,

                Plaintiff,                      19-cv-5655 (AJN) (OTW)

        -against-                               **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The fact discovery deadline is hereby extended to **April 1, 2021**.

**SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: March 8, 2021                                  **Ona T. Wang**
        New York, New York                  United States Magistrate Judge