UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2021

Edward Guillen,

          Plaintiff,

–v–

City of New York, *et al.*,

          Defendants.

19-cv-5655 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the recent extension to the fact discovery deadline, the post-discovery conference scheduled for May 28, 2021, is adjourned to June 25, 2021, at 3:15 p.m. The parties should submit their joint letter as set forth in the Court's Order of March 2, 2021 (Dkt. No. 57) at least seven days before the scheduled conference.

SO ORDERED.

Dated: May 14, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge