

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JAMES E. JOHNSON
*Corporation Counsel*

SOO-YOUNG SHIN
Assistant Corporation Counsel
Phone: (212) 356-2329
soshin@law.nyc.gov

May 17, 2021

Honorable Alison J. Nathan   via ECF
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

    Re: <u>Edward Guillen v. City of New York, et al.</u>
         19 Civ. 5655 (AJN) (OTW)

Your Honor:

    I am the attorney representing defendants in the above-referenced action. I write with the consent of plaintiff's counsel to request an adjournment of the post-discovery conference scheduled for June 25, 2021. Dkt. No. 70. I will be out of the office beginning on June 14, 2021 and returning on July 6, 2021. In light of Your Honor's Order requiring the submission of a joint letter 7 days prior to the scheduled conference, I would respectfully request that the post-discovery conference be adjourned to July 16, 2021 or any date thereafter, so that the parties may have time to confer on the joint letter after I return to the office. Thank you for your consideration.

> The post-discovery conference scheduled for June 25, 2021, is adjourned to July 23, 2021, at 3:15 p.m. The parties shall submit their joint letter seven days before the conference.  SO ORDERED.

Respectfully submitted,

*Soo-Young Shin*  /s/
Soo-Young Shin
*Assistant Corporation Counsel*

SO ORDERED.  5/19/2021
ALISON J. NATHAN, U.S.D.J.