

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**SOO-YOUNG SHIN**
Senior Counsel
Phone: (212) 356-2329
soshin@law.nyc.gov

August 17, 2021

Honorable Alison J. Nathan    via ECF
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

        Re:  <u>Edward Guillen v. City of New York, et al.</u>
             19 Civ. 5655 (AJN) (OTW)

Your Honor:

      SO ORDERED.

    I am the attorney representing defendants in the above-referenced action. I write to respectfully request an extension of approximately 30 days to submit the defendants' motion for summary judgment from August 23, 2021 to September 24, 2021. Plaintiff's counsel does not consent to this request. Defendants would also further request that the Court adopt the below briefing schedule specifying due dates for plaintiff's opposition and defendants' reply as Your Honor's prior order [Dkt. No. 74] only indicated the date by which the defendants' motion would be due. Accordingly, defendants request an extension of time to file defendants' motion for summary judgment and also request that the Court to adopt a briefing schedule. No other dates would be affected by this request.

*[signature: Alison J. Nathan  8/20/21]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Defendants request this extension to file their motion for summary judgment for the following reasons. First, plaintiff's counsel has proposed re-visiting settlement discussions of this case as well as another action involving the same plaintiff (19 Civ. 11784 before Judge Buchwald) and defendants are waiting for the completion of discovery in the other docket. If any settlement discussions are to occur, defendants would prefer to resolve both matters. Second, due to other pressing deadlines after my return from vacation, I have been unable to dedicate as much time as necessary to this motion and therefore respectfully request this extension.

    Defendants would propose the following briefing schedule:
- Defendants' motion for summary judgment due by September 24, 2021
- Plaintiff's response in opposition due by October 25, 2021
- Defendants' reply due by November 8, 2021      SO ORDERED.

Thank you for your consideration.

                                                         Respectfully submitted,

                                                       *Soo-Young Shin*  /s/
                                                       Soo-Young Shin
                                                       *Senior Counsel*

cc: **BY ECF**
      Samuel C. DePaola
      Sameer Nath
      Michael Pinkard
      Sim & DePaola, LLP
      *Attorneys for Plaintiff*