USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/21



**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**SOO-YOUNG SHIN**
Senior Counsel
Phone: (212) 356-2329
soshin@law.nyc.gov

December 8, 2021

Honorable Alison J. Nathan     via ECF
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

   Re: <u>Edward Guillen v. City of New York, et al.</u>
     19 Civ. 5655 (AJN) (OTW)

Your Honor:

  I am the attorney representing defendants in the above-referenced matter. I write to respectfully request that defendants' October 25, 2021 motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure be deemed unopposed and fully briefed.

  By Order dated September 28, 2021 the following briefing schedule was set by the Court:

- Motions due by October 25, 2021.
- Responses due by November 24, 2021.
- Replies due by December 8, 2021. Dkt. Entry No. 79 and Dkt. Entry dated September 28, 2021.

  Defendants timely filed their motion for summary judgment on October 25, 2021. Dkt. Entry Nos. 80-83. To date, plaintiff has failed to serve or file an opposition to the motion for summary judgment. Nor has plaintiff requested from defendants or the Court an enlargement of time to file such an opposition. Defendants' reply is due today, as such, in lieu of the reply, defendants are informing the Court of the failure of plaintiff to oppose defendants' motion for summary judgment, and respectfully requesting that the defendants' October 25, 2021 motion for summary judgment be deemed unopposed and fully briefed.

SO ORDERED. *[signature: Alison J. Nathan]*

Thank you for your consideration.

12/10/21

Respectfully submitted,

- 2 -

                                        *Soo-Young Shin*  /s/
                                        Soo-Young Shin
                                        *Senior Counsel*

cc:    **BY ECF**
        Samuel C. DePaola
        Sameer Nath
        Sim & DePaola, LLP
        *Attorneys for Plaintiff*