```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EDWARD GUILLEN,                                                  :
                                                                 :
                        Plaintiff,                               :
                                                                 :          19 Civ. 5655 (JPC) (OTW)
           -v-                                                   :
                                                                 :                  ORDER
THE CITY OF NEW YORK et al.,                                     :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Defendants are ordered to submit the entirety of the deposition transcripts for Plaintiff Edward Guillen, Defendant Francisco Bardales, and Defendant Jonathan Cannizzaro by July 11, 2022.

    SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                                      JOHN P. CRONAN
                                                  United States District Judge