**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EDWARD GUILLEN,

                    Plaintiff,

     -against-                               19 **CIVIL** 5655 (JPC)(OTW)

                                                **JUDGMENT**

THE CITY OF NEW YORK, JONATHAN
CANNIZZARO, and FRANCISCO BARDALES,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 2, 2022, Defendants' motion for summary judgment is granted. The Court has dismissed with prejudice all of Plaintiff's federal claims (the Second, Fourth, Sixth, Eighth, Tenth, Twelfth, Thirteenth, and Fifteenth Causes of Action). The Court has declined to exercise supplemental jurisdiction over Plaintiff's state law claims (the First, Third, Fifth, Seventh, Ninth, Eleventh, and Fourteenth Causes of Action) and those claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        September 2, 2022

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                                 **Clerk of Court**

                                       **BY:**     *K. Mango*

                                                                  _____
                                                                 **Deputy Clerk**